# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-18422-ELF

TONYA M. GARCIA

433 BUTLER AVE.

LANCASTER, PA 17601

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TONYA M. GARCIA

    433 BUTLER AVE.

    LANCASTER, PA 17601

Counsel for debtor(s), by electronic notice only.

    JOHN A DIGIAMBERARDINO
    CASE, DIGIAMBERARDINO, & LUTZ PC
    845 N PARK RD, SUITE 101
    WYOMISSING, PA 19610-

Date: 9/13/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee