## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Substitution of Appearance By Jill Manuel-Coughlin, Esquire, In Various Open Cases Where Sarah K. McCaffery, Esquire is listed As Counsel | Miscellaneous No.<br><br>All Chapters |
| Sarah K. McCaffery, Esquire and<br>Jill Manuel-Coughlin, Esquire<br>                     Movants<br>vs.<br><br>ALL DEBTORS IDENTIFIED IN THE ATTACHED EXHIBIT A<br>Respondents | |

### PRAECIPE TO SUBSTITUTE APPEARANCE

Kindly withdraw the appearance of Sarah K. McCaffery, Esquire, and substitute the appearance of Jill Manuel-Coughlin, Esquire, in the cases listed in Exhibit A hereto.

Dated: March 17, 2022

Respectfully submitted,

Jill Manuel-Coughlin, Esquire
Attorney I.D. No. 63252
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone
215-942-8661 fax
jill@powerskirn.com

Sarah K. McCaffery, Esquire
Attorney I.D. No. 311728
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
215-942-2090 phone
215-942-8661 fax
sarah.mccaffery@powerskirn.com

# **EXHIBIT A**

16-11418-AMC – Lavell S. Smith
16-15151-ELF – Moussa Sacko
16-15938-MDC – Antoinette Harris-Greene
16-16707-ELF – Edward MacEntee
16-18422-ELF – Tonya M. Garcia
16-18468-MDC – Kenneth Todd Bernstiel
16-18933-ELF – Clinton A. Swope
17-10092-MDC – Michael J. Harney and Michael J. Harney
17-13376-PMM – Jose A. Gonzalez, Jr. and Anna Gonzalez
17-13760-MDC – Lisa Rosa Mariani
17-14297-ELF – Gerald P. Kane and Maryellen M. Kane
17-14330-MDC – Amber S. Chambers
17-14670-MDC – Kenneth Bernard Tadlock
17-14799-AMC – Winston J. Banks
17-14917-MDC – Flora A. Robinson
17-15561-AMC – David A. Eckert and Leanne Eckert
17-15980-MDC – Felicia L. Harrison
17-16576-MDC – Marion Myers
17-17176-ELF – Beverly M. Forconi
17-17318-ELF – Georgette C. Niles
17-18196-ELF – Hyun Ju Hong
17-18570-AMC – Catherine N. Riddick
18-10026-PMM – Todd Rumbel and Michele Rumbel
18-10498-MDC – Alphonso Lamont Jackson and Evelyn Denise Johnson-Jackson
18-10686-PMM – Patrick S. Tyler and Donna L. Tyler
18-11264-AMC – Anthony Davenport and Hollyanne Davenport
18-11387-ELF – Martin J. McGowan and Michelle M. McGowan
18-11571-MDC – Gerald William Gibbs
18-11575-PMM – Daniel Ntow Mensah
18-12287-ELF – Priscillia M. Johnson
18-12491-MDC – Vincent J. Kirby and Jacqueline A. Kirby
18-12626-PMM – James D. Jones, III and Brittnie A. Hutchinson
18-13209-AMC – Lori D. Goins
18-13533-PMM – David R. Schrecengost
18-13882-MDC – Richard J. Hull and Helen R. Hull
18-13939-MDC – Sandra Hicks
18-14016-ELF – Wanda N. Gbemudu
18-14419-ELF – Sean Foll and Christine Foll
18-14491-ELF – Sharron C. Thompson

18-14990-MDC – Frederick L. Pesta and Arlene L. Pesta

18-15418-AMC – Aman Daniels

18-15975-ELF – Paul L. Jones

18-16132-MDC – Louis H. Marcelli

18-16688-ELF – DeElla E. Staples

18-16907-AMC – Victor H. Maia

18-16940-MDC – Robert A. Hartnett, Jr. and Nancy Jo A. Hartnett

18-17081-PMM – Agnieszka Lesniewska

18-17248-AMC – Sean R. Broughton

18-17639-ELF – Raymond J. Large and Andrea M. Romaniello

18-18033-AMC – Joseph P. Griffis and Lauren N. Griffis

18-18072-ELF – Michael J. Schultz and Nicole M. Schultz

19-10018-ELF – Salman S. Hasan

19-10548-MDC – Vernon D. Ackridge

19-10945-ELF – Diana Natal

19-11196-ELF – Thomas E. Sloan and Judyth A. Sloan

19-11454-ELF – Bryan J. Van Schaick

19-11608-ELF – Steven J. Willmott and Dorothy A. Willmott

19-11658-AMC – Helen Lawrence

19-11908-PMM- Angel Manuel Soto-Rodriguez

19-12445-ELF – Edward Aponte and Marilyn Aponte

19-12624-PMM – Vincenzo Tucciarone, Sr.

19-12649-MDC – Bobby L. Fisher

19-12996-MDC – Arlis B. Hamilton

19-13046-PMM – Linda M. Michelson

19-13075-AMC – Jeffrey Bruce Scott, Sr.

19-13084-ELF – Richard K. Gilmour and Robin L. Gilmour

19-13950-MDC – Adina Marie Dees

19-14244-MDC – Adrienne Patterson

19-14257-PMM – Elizabeth Ann McNeil

19-14571-AMC – Richard A. Hall, Jr. and Stacey Hall

19-14573-PMM – Todd Fisher

19-14701-MDC – Scott D. Posen

19-14712-PMM – Claire Taylor

19-15014-PMM – Edward D. Watters, Jr. and Jennifer Watters

19-15517-AMC – Jeffrey Limone

19-15681-ELF – Zakia V. Johnson

19-15867-PMM – Douglas Crouch

19-15887-ELF – Andrew C. Harris and Kristen L. Harris

19-16001-ELF – Jacqueline Elizabeth Demarco

19-16297-ELF – Michelle A. Hines

19-16406-MDC – Alfred E. Thompson, III
19-16470-AMC – Aisha Idris Hall
19-16865-ELF – Chester Buchkowski
19-17032-ELF – Linda K. Brown
19-17366-MDC – Michael J. Kaiser
19-17428-MDC – Bryan Jay Finnemeyer and Darlene Ellen Finnemeyer
19-17496-MDC – Milagros Ortiz
19-17636-PMM – Theodore Louise Rollins
19-17646-ELF – Carlton Eugene Rodgers and Lucille Vanesa Rodgers
19-17747-AMC – Joanne Lee Mitchell
19-17879-ELF – Jennifer L. McHugh
19-17954-ELF – James Lobiondo, Jr.
20-10037-AMC – Nicholas J. Viola, III and Katharine A. Viola
20-10075-ELF – Joyce S. Barbour
20-10356-PMM – Alfred G. Khallouf and Elsi G. Khallouf
20-10528-AMC – Chester Shade
20-10808-ELF – Gilberto Aponte
20-10939-ELF – Edwell T. Henry, II
20-11264-ELF – Winston W. Mays and Lysette Toro-Mays
20-11405-ELF – Hakiema Muhammad
20-11476-AMC – Rhonda N. Hatcher
20-11767-ELF – Sandra Brown
20-11847-PMM – Jan M. Wolf and Stacey D. Wolf
20-12097-PMM – Frank T. Rose and Christy L. Rose
20-12334-MDC – Brandon A. Leech and Juanita M. Leech
20-12348-AMC – Maryellen E. Shiposki
20-12602-AMC – Brad Wilhelm and Brad Wilhelm
20-12842-AMC – Kenyatta C. Williamson
20-12861-PMM – Scott Russell Steffie
20-12991-ELF – Scott Charles Hoffman and Sandra Gayle Hoffman
20-13079-ELF – Michael Sweeney and Dena Sweeney
20-13258-MDC – Timothy P. Rodgers and Alisha S. Rodgers
20-13374-AMC – Ines V. Colon
20-13812-AMC – Raymond C. Staley
20-13827-ELF – Carlos M. Hernandez, II and Jessica L. Hernandez
20-14001-AMC – Rose Aloisi
20-14061-AMC – Sara M. Keenan
20-14182-MDC – Sue Uffelman
20-14222-AMC – Peter Henry Demkovitz and Laura Claire Demkovitz
20-14453-MDC – Randolph Thomas
20-14570-PMM – Mudiyanselage N. Dissanayaka and Priyani N. Dissanayaka

21-10116-MDC – Peter D. Wrambel

21-10121-PMM – Stanley K. Blair

21-10287-PMM – Ann Krueger-Ruff and Duane F. Ruff

21-1037-MDC – Felicia R. Brown

21-10376-PMM – Pedro Alcenio Mirabal, Jr.

21-10570-AMC – Gilbert Alexander Richardson and Yolanda Vernetta Mack

21-10589-ELF – Steven E. Brown

21-10986-ELF – Edward D. Musho

21-11086-ELF – John A. Phillips, Jr.

21-11269-PMM – Jennifer L. Kohut

21-11502-PMM – Todd M. Seyfert and Alison S. Seyfert

21-11529-MDC – Florence K. Thompson

21-11741-PMM – Roger Kofroth and Jacqueline Kofroth

21-11797-AMC – Kim Simmons

21-12138-MDC – Theresa Owens

21-12581-AMC – Kevin P. Farrell and Linda A. Farrell

21-12958-MDC – Jerri Z. Farmer

21-13107-PMM – Kevin J. Kauffman

21-13156-MDC – Michael Woodson

21-13431-ELF – Zackery Allen Pickard