# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-18422-ELF

TONYA M. GARCIA

433 BUTLER AVE.

LANCASTER, PA 17601

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TONYA M. GARCIA

433 BUTLER AVE.

LANCASTER, PA 17601


Counsel for debtor(s), by electronic notice only.

STEPHEN MCCOY OTTO
833 N PARK RD
SUITE 102
WYOMISSING, PA 19610-

Date: 6/24/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee