IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TONYA M. GARCIA,                                :         Bankruptcy No. 16-18422-ELF
     Debtor.                                         :         Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

     Tonya M. Garcia, Debtors, have filed a Motion for Hardship Discharge with the Court.

     **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.    If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then **on or before August 9, 2022**, you or your attorney must do <u>all</u> of the following:

          (a)    file an answer explaining your position at:

               Clerk, U.S. Bankruptcy Court
               Robert N.C. Nix, Sr. Federal Courthouse
               900 Market Street, Suite 400
               Philadelphia, PA  19107
               Phone:  215-408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

          (b)    mail a copy to the movant's attorney:

               Stephen M. Otto, Esquire
               Law Office of Stephen M. Otto, LLC
               833 N. Park Rd., Ste. 206
               Wyomissing, PA  19610
               Phone: 484-220-0481/Fax:  484-866-8973

     2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

     3.    A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **Tuesday, August 30, 2022 at 1:00 P.M.** via telephonic conference at 877-336-1828 access code 1229352.

     4.    If a copy of the motion is not enclosed, a copy of the motion will

be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  July 26, 2022        By:    /s/Stephen M. Otto  
                                                  Stephen M. Otto, Esquire  
                                                  Attorney ID #82463  
                                                  833 N. Park Rd., Ste. 206  
                                                  Wyomissing, PA  19610  
                                                  Ph:  484-220-0481  
                                                  Fx:  484-866-8973  
                                                  Email:  steve@sottolaw.com  
                                                  Attorney for Debtor