IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-18422-ELF |
| TONYA M. GARCIA, | : | |
| Debtor. | : | Chapter 13 |

# **P R A E C I P E**

*To the Clerk:*

Please withdraw the **DEBTOR'S MOTION FOR HARDSHIP DISCHARGE** – Document No. 104, which was filed in the above matter on July 26, 2022.

September 12, 2022

Respectfully submitted,
LAW OFFICE OF STEPHEN M. OTTO, LLC

By:  /s/Stephen M. Otto
Stephen M. Otto, Esq.
833 N. Park Road Ste 102
Wyomissing, PA 19610
484-220-0481
PA. I.D. No. 82463
steve@sottolaw.com