UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

  TONYA M GARCIA

CASE NO: 16-18422

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 10/17/2022, I did cause a copy of the following documents, described below,

Motion to Modify, Proposed Modified Plan, Notice of Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/17/2022

/s/ Stephen M. Otto
Stephen M. Otto  82463

Law Office of Stephen M. Otto, LLC
833 N Park Road Suite 206
Wyomissing, PA  19610
484 220 0481
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

TONYA M GARCIA

CASE NO: 16-18422

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 10/17/2022, a copy of the following documents, described below,

Motion to Modify, Proposed Modified Plan, Notice of Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/17/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M. Otto
Law Office of Stephen M. Otto, LLC
833 N Park Road Suite 206
Wyomissing, PA  19610

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE ON THESE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT AN E-MAIL OR RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 16-18422
EASTERN DISTRICT OF PENNSYLVANIA
MON OCT 17 11-59-23 PST 2022

EXCLUDE

~~(U) BANK OF AMERICA  NA~~

ECAST SETTLEMENT CORPORATION
PO BOX 29262
NEW YORK  NY 10087-9262

EXCLUDE

~~(U) PENNYMAC LOAN SERVICES  LLC~~

EXCLUDE

~~(U) PENNYMAC LOAN SERVICES  LLC  AS~~
~~SERVICER FOR~~

EXCLUDE

~~(U) PENNYMAC LOAN SERVICES  LLC ET AL~~

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVE  STE 400
SEATTLE  WA 98121-3132

EXCLUDE

~~UNITED STATES TRUSTEE~~
~~OFFICE OF THE US TRUSTEE~~
~~ROBERT NC NIX FEDERAL BUILDING~~
~~SUITE 320~~
~~PHILADELPHIA  PA 19107~~

EXCLUDE

~~PHILADELPHIA~~
~~900 MARKET STREET~~
~~SUITE 400~~
~~PHILADELPHIA  PA 19107 4233~~

AMERICAN INFOSOURCE LP AS AGENT FOR
VERIZON
PO BOX 248838
OKLAHOMA CITY  OK  73124-8838

EXCLUDE

~~(D) BANK OF AMERICA  NA~~

BANK OF AMERICA
CO PENNYMAC LOAN SERVICES  LLC
3043 TOWNSGATE ROAD 200
WESTLAKE VILLAGE  CA 91361-3027

BLAZE MASTERCARD
5501 S BROADBAND LANE
SIOUX FALLS  SD 57108-2253

CAPITAL ONE BANK USA NA
PO BOX 30281
SALT LAKE CITY  UT 84130-0281

(P) CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CONVERGENT  OUTSOURCING
800 SW 39TH ST
RENTON  WA 98057-4927

CREDIT FIRST N A
6275 EASTLAND RD
BROOKPARK  OH 44142-1399

CREDIT FIRST NA
PO BOX 818011
CLEVELAND  OH 44181-8011

CREDIT ONE BANK NA
PO BOX 98872
LAS VEGAS  NV 89193-8872

DANIEL T DESMOND  ESQUIRE
126 EAST KING ST
LANCASTER  PA 17602-2832

FED LOAN SERVICING
PO BOX 60610
HARRISBURG  PA 17106-0610

(P) FIRST NATIONAL BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS  SD 57104-4868

GOODS DISPOSAL SERVICE
4361 OREGON PIKE
EPHRATA  PA 17522-9514

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JOHN A DIGIAMBERARDINO  ESQUIRE
CASE  DIGIAMBERARDINO  PC
845 NORTH PARK ROAD
SUITE 101
WYOMISSING  PA 19610-1342

LTD FINANCIAL SERVICES  LP
7322 SOUTHWEST FREEWAY
SUITE 1600
HOUSTON  TX 77074-2134

PARTIES DESIGNATED WITH WERE SERVED VIA US CLIENTS WITH A PARTIES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" DO NOT RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LVNV FUNDING  LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF FNBM  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LANCASTER AREA SEWER AUTHORITY
130 CENTERVILLE ROAD
LANCASTER  PA 17603-4007

(P)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

MIDLAND FUNDING LLC
PO BOX 2011
WARREN  MI 48090-2011

MIDAMERICAMILESTONE
PO BOX 4499
BEAVERTON  OR 97076-4499

PENNYMAC LOAN SERVICES  LLC
CO REBECCA SOLARZ  ESQ
KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

PENNYMAC
PO BOX 514387
LOS ANGELES  CA 90051-4387

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

POWERS  KIRN  ASSOCIATES  LLC
EIGHT NESHAMINY INTERPLEX
SUITE 215
TREVOSE  PA 19053-6980

PREMIER BANKCARD  LLC
C O JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

QUANTUM3 GROUP LLC AS AGENT FOR
GPCC I LLC
PO BOX 788
KIRKLAND  WA  98083-0788

RMS
PO BOX 361598
COLUMBUS  OH 43236-1598

RUI CREDIT SERVICES
PO BOX 1349
MELVILLE  NY 11747-0421

RUSHMORE SERVICE CENTER
PO BOX 5508
SIOUX FALLS  SD 57117-5508

SCOLOPAX  LLC
CO WEINSTEIN  RILEY  PS
2001 WESTERN AVE  STE 400
SEATTLE  WA 98121-3132

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT  LLC
PO BOX 41021
NORFOLK VA 23541-1021

SYNCHRONY BANKWALMART
PO BOX 965024
ORLANDO  FL 32896-5024

(P)US DEPARTMENT OF HOUSING  URBAN
DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST--11TH FLOOR
PHILADELPHIA PA 19107-3325

EXCLUDE
~~(D)(P)US DEPARTMENT OF HOUSING  URBAN~~
~~DEVELOPMENT~~
~~ATTN OFFICE OF REGIONAL COUNSEL~~
~~THE WANNAMAKER BUILDING~~
~~100 PENN SQUARE EAST  11TH FLOOR~~
~~PHILADELPHIA PA 19107-3325~~

USDEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
POBOX 69184
HARRISBURG PA 17106-9184

(P)WESTGATE RESORTS
ATTN MANDY BUSKIRK
2801 OLD WINTER GARDEN ROAD
OCOEE FL 34761-2965

WILMAC CREDIT UNION
209 N BEAVER STREET
YORK  PA 17401-5321

EXCLUDE
~~(D)ECAST SETTLEMENT CORPORATION~~
~~PO BOX 29262~~
~~NEW YORK NY 10087-9262~~

KENNETH E WEST
OFFICE OF THE CHAPTER 13 STANDING
TRUSTE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA  PA 19107-3704

STEPHEN MCCOY OTTO
LAW OFFICE OF STEPHEN M OTTO  LLC
833 N PARK ROAD
SUITE 102
WYOMISSING  PA 19610-1341

DEBTOR
TONYA M GARCIA
433 BUTLER AVE
LANCASTER  PA 17601-4446

ADDRESSES WERE ELECTRONICALLY SENT VIA CM/ECF SERVED ELECTRONICALLY BY THE BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

(Trustee)
KENNETH E. WEST
Office of the Chapter 13 Standing
Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

ecfemails@ph13trustee.com

(U.S. Trustee)
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

USTPRegion03.PH.ECF@usdoj.gov

(Creditor)
SCOLOPAX, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

bncmail@w-legal.com

THOMAS SONG
3637 Sentara Way
Suite 1400
Virginia Beach, VA 23452

tomysong0@gmail.com

(Creditor)
Pennymac Loan Services, LLC et al
represented by:
JEROME B. BLANK
Avallone Law Associates
215 South Broad Street, 5th Floor
Philadelphia, PA 19107

jblank@avallonelaw.com

JODI L. HAUSE
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000 x 31502

jodi.hause@phelanhallinan.com

MARIO J. HANYON
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

wbecf@brockandscott.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC, AS
SERVICER FOR BANK OF AMERICA N. A.
represented by:
JEROME B. BLANK
Avallone Law Associates
215 South Broad Street, 5th Floor
Philadelphia, PA 19107

jblank@avallonelaw.com

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

ATTORNEY TO BE NOTICED
SARAH K. MCCAFFERY
Hladik Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

smccaffery@hoflawgroup.com

ATTORNEY TO BE NOTICED
BRIAN CRAIG NICHOLAS
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com

ADDRESSES WERE SEALED. NOTICE WILL NOT BE SENT VIA MAIL; SERVICE WAS PERFORMED ELECTRONICALLY; ADDRESSES WERE SEALED.
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com

(Trustee)
WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing
Trustee
P.O. Box 40837
Philadelphia, PA 19107
represented by:
WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing
Trustee
P.O. Box 40837
Philadelphia, PA 19107

ecfemails@ph13trustee.com

ATTORNEY TO BE NOTICED
JOHN A. DIGIAMBERARDINO
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610

jad@cdllawoffice.com

(Debtor)
Tonya M. Garcia
433 Butler Ave.
Lancaster, PA 17601
represented by:
STEPHEN MCCOY OTTO
Law Office of Stephen M. Otto, LLC
833 N. Park Road
Suite 102
Wyomissing, PA 19610

steve@sottolaw.com

(Creditor)
ECAST Settlement Corporation
PO Box 29262
New York, NY 10087-9262

THOMAS SONG
3637 Sentara Way
Suite 1400
Virginia Beach, VA 23452

tomysong0@gmail.com

JOSEPH ANGEO DESSOYE
Phelan Hallinan, LLP
1617 JFK Blvd
Suite 1400
Philadelphia, PA 19103

paeb@fedphe.com

(Creditor)
Bank Of America, N.A.
represented by:
JEROME B. BLANK
Avallone Law Associates
215 South Broad Street, 5th Floor
Philadelphia, PA 19107

jblank@avallonelaw.com