**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13** |
|    **TONYA M. GARCIA,** | : | |
|        Debtor | : | **Bky. No.  16-18422 ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #127) is **APPROVED**.

**Date: January 4, 2023**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**