United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18422-elf |
| Tonya M. Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2023 00:24:41 | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | + | Email/Text: bncmail@w-legal.com | Jan 05 2023 00:10:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 06, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 04, 2023 | Form ID: pdf900 | Total Noticed: 3 |

JEROME B. BLANK
    on behalf of Creditor Bank Of America  N.A. jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Pennymac Loan Services  LLC et al jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jblank@pincuslaw.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

JODI L. HAUSE
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Tonya M. Garcia steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services  LLC et al tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TONYA M. GARCIA, | : | |
| Debtor | : | Bky. No. 16-18422 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #127) is **APPROVED**.

Date: January 4, 2023

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE