**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Tonya M. Garcia<br><br><br>_____ Debtor(s)<br>PennyMac Loan Services, LLC<br>Movant<br>v.<br>Tonya M. Garcia<br><br><br>Respondent(s) | Chapter 13 Proceeding<br><br>Case #: 16-18422 MDC |

**ORDER**

AND NOW, this 19th day of October, 2023, upon consideration of the Motion to Approve a Partial Claim Offer for a Subordinate Note and Subordinate Mortgage it is hereby ORDERED AND DECREED that the Motion is GRANTED and the parties may proceed with the Partial Claim Offer for a Subordinate Note and Subordinate Mortgage with regard to Debtor's loan #xxxxxx2072 including the recording of the Loan Modification Agreement with the County Clerk's office.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Movant

STEPHEN MCCOY OTTO, Esquire
Attorneys for Debtor(s)

KENNETH E. WEST, Esquire
Trustee

**Date: October 19, 2023**