Certificate Number: 14912-PAE-DE-037939510

Bankruptcy Case Number: 16-18422



14912-PAE-DE-037939510

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2023, at 8:51 o'clock PM EST, Tonya Garcia completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 14, 2023                By:    /s/Jai Bhatt

                                         Name:  Jai Bhatt

                                         Title: Counselor