United States Bankruptcy Court<br>Eastern District of Pennsylvania

In re:  Case No. 16-18422-mdc
Tonya M. Garcia  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jan 19, 2024     Form ID: 138OBJ     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |
| 13915051 | + | BANK OF AMERICA, N.A., Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark CA 93021-2602 |
| 13832681 | + | Blaze Mastercard, 5501 S Broadband Lane, Sioux Falls, SD 57108-2253 |
| 13832687 | + | Daniel T. Desmond, Esquire, 126 East King St., Lancaster, PA 17602-2832 |
| 13832688 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13858966 | + | Good's Disposal Service, 4361 Oregon Pike, Ephrata, PA 17522-9514 |
| 13839299 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA 19610-1342 |
| 13832694 | + | LTD Financial Services, LP, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14571594 | + | PENNYMAC LOAN SERVICES, LLC, CO Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13832697 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13832698 | + | RMS, P.O. Box 361598, Columbus, OH 43236-1598 |
| 13832699 | + | RUI Credit Services, P.O. Box 1349, Melville, NY 11747-0421 |
| 13832700 |  | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117 |
| 13832702 | + | Wilmac Credit Union, 209 N. Beaver Street, York, PA 17401-5321 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2024 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2024 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13912854 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 20 2024 00:36:21 | Aidvantage on behalf of:, U.S.Department of Education, Dept of Loan Services, P.O.Box 300001, Greenville, TX 75403-3001 |
| 13899918 | | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2024 00:36:21 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13832680 | + | Email/PDF: ebnotices@pnmac.com | Jan 20 2024 00:36:41 | Bank of America, c/o Pennymac Loan Services, LLC, 3043 Townsgate Road #200, Westlake Village, CA 91361-3027 |
| 13832683 | | Email/Text: cfcbackoffice@contfinco.com | Jan 20 2024 00:27:00 | Continental Finance Mastercard, 121 Continental Drive Ste 1, Newark, DE 19713 |
| 13832682 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2024 00:36:20 | Capital One Bank Usa N.A., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 13832684 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 20 2024 00:27:00 | Convergent Outsourcing, 800 SW 39th St., Renton, WA 98057-4927 |
| 13832685 | + | Email/Text: BKPT@cfna.com | Jan 20 2024 00:26:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13870107 | | Email/Text: BKPT@cfna.com | Jan 20 2024 00:26:00 | Credit First NA, PO Box 818011, Cleveland, OH |

Case 16-18422-mdc    Doc 148    Filed 01/21/24    Entered 01/22/24 00:30:40    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 44181-8011 |
| 13832686 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2024 00:36:31 | Credit One Bank N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 13832689 | | Email/Text: BNSFN@capitalsvcs.com | Jan 20 2024 00:27:00 | First National Bank, 500 E 60th St N., Sioux Falls, SD 57104 |
| 13832690 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 20 2024 00:36:41 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13832691 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2024 00:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13832693 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 20 2024 00:26:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 13867700 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2024 00:36:21 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13832692 | | Email/Text: cbunt@lasa.org | Jan 20 2024 00:27:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 13899798 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2024 00:27:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13832695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 20 2024 00:27:00 | MidAmerica/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 13917273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2024 00:36:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13832696 | | Email/PDF: ebnotices@pnmac.com | Jan 20 2024 00:36:21 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 13908984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 20 2024 00:27:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13868505 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2024 00:27:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14498719 | + | Email/Text: bncmail@w-legal.com | Jan 20 2024 00:27:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 13907282 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2024 00:36:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13832701 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 20 2024 00:36:38 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13839303 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 20 2024 00:51:08 | U. S. Dept of Housing and Urban Dev., 451 7th Street S.W., Washington, DC 20410-0002 |
| 13833987 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 20 2024 00:51:08 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13839304 | | Email/Text: bankruptcy_notices@wgresorts.com | Jan 20 2024 00:26:00 | West Gate Resorts, c/o Central Florida Investments, Inc., 5601 Windover Drive, Orlando, FL 32819 |
| 14072454 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2024 00:36:41 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 16-18422-mdc   Doc 148   Filed 01/21/24   Entered 01/22/24 00:30:40   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| JODI L. HAUSE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| KARINA VELTER | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Tonya M. Garcia steve@sottolaw.com jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| THOMAS SONG | on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com |
| THOMAS SONG | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

on behalf of Creditor Pennymac Loan Services LLC et al tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tonya M. Garcia

        Debtor(s)                                  Case No: 16−18422−mdc

                                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/19/24