United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tonya M. Garcia  
    Debtor

Case No. 16-18422-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 19, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor Bank Of America N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2024 | Form ID: 234 | Total Noticed: 1

JODI L. HAUSE
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A.
    jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

KARINA VELTER
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A.
    karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A.
    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Tonya M. Garcia steve@sottolaw.com
    jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC et al tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tonya M. Garcia

        Debtor(s)                                      Case No:16−18422−mdc

                                                         Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                     For The Court

                                                                     Timothy McGrath,
                                                                     Clerk of Court

Date: 1/19/24