## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Tonya M. Garcia | 16-18422 MDC |
| Debtor(s) | Chapter 13 Proceeding |
| PennyMac Loan Services, LLC<br>Movant<br>v.<br>Tonya M. Garcia<br>and Kenneth E. West, Esquire<br>Respondents | |

16-0918

### ORDER

AND NOW, this 5th day of February , 2024, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PennyMac Loan Services, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 433 Butler Avenue, Lancaster, PA 17601 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PennyMac Loan Services, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002..1

BY THE COURT:

_Magdeline D. Coleman_

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Karina Velter
Attorney for Movant

Stephen McCoy Otto, Esquire
Attorney for Debtor(s)

Tonya M. Garcia
Debtor(s)

Kenneth E. West, Esquire
Trustee