United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18422-mdc |
| Tonya M. Garcia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 05, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 00:38:17 | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | + Email/Text: bncmail@w-legal.com | Feb 06 2024 00:17:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2024                      Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. |

District/off: 0313-2

Date Rcvd: Feb 05, 2024

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 3

jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor Pennymac Loan Services  LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK

on behalf of Creditor Bank Of America  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JILL MANUEL-COUGHLIN

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

JODI L. HAUSE

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A.
jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH ANGEO DESSOYE

on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

KARINA VELTER

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A.
karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KARINA VELTER

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A.
wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARK A. CRONIN

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

STEPHEN MCCOY OTTO

on behalf of Debtor Tonya M. Garcia steve@sottolaw.com
jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG

on behalf of Creditor Pennymac Loan Services  LLC et al tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Tonya M. Garcia<br><br><br>Debtor(s) | 16-18422 MDC<br><br>Chapter 13 Proceeding |
| PennyMac Loan Services, LLC<br>Movant<br><br>v.<br>Tonya M. Garcia<br>and Kenneth E. West, Esquire<br><br>Respondents | |

16-0918

### ORDER

AND NOW, this 5th day of February , 2024, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, PennyMac Loan Services, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 433 Butler Avenue, Lancaster, PA 17601 and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, PennyMac Loan Services, LLC shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED that Movant is no longer required to send and/or file the Notices required by Fed. R. Bankr. P. 3002..1

BY THE COURT:

_Magdeline D. Coleman_

United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Karina Velter
Attorney for Movant

Stephen McCoy Otto, Esquire
Attorney for Debtor(s)

Tonya M. Garcia
Debtor(s)

Kenneth E. West, Esquire
Trustee