United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-18422-pmm |
| Tonya M. Garcia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Apr 10 2024 00:36:31 | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 10 2024 00:21:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com |

Case 16-18422-pmm    Doc 158    Filed 04/11/24    Entered 04/12/24 00:34:27    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: pdf900 | Total Noticed: 3 |

JEROME B. BLANK
on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor Pennymac Loan Services LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
on behalf of Creditor Bank Of America N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JILL MANUEL-COUGHLIN
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

JODI L. HAUSE
on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH ANGEO DESSOYE
on behalf of Creditor Bank Of America N.A. paeb@fedphe.com

KARINA VELTER
on behalf of Creditor PENNYMAC LOAN SERVICES LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KARINA VELTER
on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
on behalf of Creditor PENNYMAC LOAN SERVICES LLC, AS SERVICER FOR BANK OF AMERICA N. A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

STEPHEN MCCOY OTTO
on behalf of Debtor Tonya M. Garcia steve@sottolaw.com
jovan@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
on behalf of Creditor Pennymac Loan Services LLC et al tomysong0@gmail.com

THOMAS SONG
on behalf of Creditor Bank Of America N.A. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

*Form OL240* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Tonya M. Garcia<br><br>   Debtor(s). | Case No. 16−18422−pmm<br><br>Chapter: 13 |

## ORDER

    AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge**.

**Date: April 9, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court