**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Tonya M. Garcia                                            Case No: 16–18422–pmm

    Debtor(s)

___

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/3/24

For The Court

Timothy B. McGrath
Clerk of Court

Form 206