United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tonya M. Garcia  
    Debtor

Case No. 16-18422-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jul 03, 2024      Form ID: 206      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Tonya M. Garcia, 433 Butler Ave., Lancaster, PA 17601-4446 |
| 13915051 | + | BANK OF AMERICA, N.A., Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moorpark CA 93021-2602 |
| 13832681 | + | Blaze Mastercard, 5501 S Broadband Lane, Sioux Falls, SD 57108-2253 |
| 13832687 | + | Daniel T. Desmond, Esquire, 126 East King St., Lancaster, PA 17602-2832 |
| 13832688 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 13858966 | + | Good's Disposal Service, 4361 Oregon Pike, Ephrata, PA 17522-9514 |
| 13839299 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 North Park Road, Suite 101, Wyomissing, PA 19610-1342 |
| 13832694 | + | LTD Financial Services, LP, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 14571594 | + | PENNYMAC LOAN SERVICES, LLC, CO Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13832697 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13832698 | + | RMS, P.O. Box 361598, Columbus, OH 43236-1598 |
| 13832699 | + | RUI Credit Services, P.O. Box 1349, Melville, NY 11747-0421 |
| 13832700 | | Rushmore Service Center, P.O. Box 5508, Sioux Falls, SD 57117 |
| 13832702 | + | Wilmac Credit Union, 209 N. Beaver Street, York, PA 17401-5321 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: bncmail@w-legal.com | Jul 04 2024 00:41:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13912854 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 04 2024 00:38:35 | Aidvantage on behalf of:, U.S.Department of Education, Dept of Loan Services, P.O.Box 300001, Greenville, TX 75403-3001 |
| 13899918 | | Email/PDF: ebn_ais@aisinfo.com | Jul 04 2024 01:03:49 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13832680 | + | Email/PDF: ebnotices@pnmac.com | Jul 04 2024 00:38:31 | Bank of America, c/o Pennymac Loan Services, LLC, 3043 Townsgate Road #200, Westlake Village, CA 91361-3027 |
| 13832683 | | Email/Text: cfcbackoffice@contfinco.com | Jul 04 2024 00:41:00 | Continental Finance Mastercard, 121 Continental Drive Ste 1, Newark, DE 19713 |
| 13832682 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 04 2024 01:03:02 | Capital One Bank Usa N.A., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 13832684 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 04 2024 00:42:40 | Convergent Outsourcing, 800 SW 39th St., Renton, WA 98057-4927 |
| 13832685 | + | Email/Text: BKPT@cfna.com | Jul 04 2024 00:41:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 13870107 | | Email/Text: BKPT@cfna.com | Jul 04 2024 00:41:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13832686 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 04 2024 01:02:15 | Credit One Bank N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 13832689 | | Email/Text: BNSFN@capitalsvcs.com | Jul 04 2024 00:41:00 | First National Bank, 500 E 60th St N., Sioux Falls, SD 57104 |
| 13832690 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 04 2024 01:03:49 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13832691 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 04 2024 00:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13832693 | | Email/Text: bk@lendmarkfinancial.com | Jul 04 2024 00:41:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 13867700 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 04 2024 01:02:02 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13832692 | | Email/Text: cbunt@lasa.org | Jul 04 2024 00:41:00 | Lancaster Area Sewer Authority, 130 Centerville Road, Lancaster, PA 17603-4007 |
| 13899798 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 04 2024 00:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13832695 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 04 2024 00:42:00 | MidAmerica/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 13917273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 04 2024 01:03:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13832696 | | Email/PDF: ebnotices@pnmac.com | Jul 04 2024 00:37:52 | PennyMac, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 13908984 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 04 2024 00:42:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13868505 | | Email/Text: bnc-quantum@quantum3group.com | Jul 04 2024 00:41:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14498719 | + | Email/Text: bncmail@w-legal.com | Jul 04 2024 00:41:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 13907282 | ^ | MEBN | Jul 04 2024 00:00:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13832701 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 04 2024 01:02:59 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13839303 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 04 2024 01:01:48 | U. S. Dept of Housing and Urban Dev., 451 7th Street S.W., Washington, DC 20410-0002 |
| 13833987 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 04 2024 01:01:48 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 13839304 | | Email/Text: bankruptcy_notices@wgresorts.com | Jul 04 2024 00:41:00 | West Gate Resorts, c/o Central Florida Investments, Inc., 5601 Windover Drive, Orlando, FL 32819 |
| 14072454 | | Email/PDF: bncnotices@becket-lee.com | Jul 04 2024 01:02:07 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 03, 2024 | Form ID: 206 | Total Noticed: 43 |

cr          *          ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:**

**Name**          **Email Address**

DENISE ELIZABETH CARLON
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

HARRY B. REESE
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. bankruptcy@powerskirn.com

JEROME B. BLANK
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
          on behalf of Creditor Pennymac Loan Services  LLC et al jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
          on behalf of Creditor Bank Of America  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JILL MANUEL-COUGHLIN
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

JODI L. HAUSE
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

JOSEPH ANGEO DESSOYE
          on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

KARINA VELTER
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KARINA VELTER
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
          ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC, AS SERVICER FOR BANK OF AMERICA N. A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

STEPHEN MCCOY OTTO
          on behalf of Debtor Tonya M. Garcia steve@sottolaw.com
          valeria@cornerstonelaw.us,daniel@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com

THOMAS SONG
          on behalf of Creditor Bank Of America  N.A. tomysong0@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 03, 2024 | Form ID: 206 | Total Noticed: 43 |

THOMAS SONG
    on behalf of Creditor Pennymac Loan Services LLC et al tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tonya M. Garcia                                    Case No: 16−18422−pmm

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 7/3/24

For The Court

Timothy B. McGrath
Clerk of Court

Form 206